AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

| United States of America | ) |
| --- | --- |
| v. | ) Case: 1:24-mj-00112 |
| Steve Saxiones | ) Assigned To : Judge Moxila A. Upadhyaya |
| | ) Assign. Date : 3/26/2024 |
| | ) Description: COMPLAINT W/ARREST WARRANT |
| Defendant | ) |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested)   _____ Steve Saxiones _____,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder,
18 U.S.C. § 111(a)(1) - Assault on a Federal Officer,
18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority,
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds,
18 U.S.C. § 1752(a)(4) - Act of Physical Violence in a Restricted Building or Grounds,
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building or Grounds
40 U.S.C. § 5104(e)(2)(F) - Act of Physical Violence in the Grounds or any of the Capitol Buildings.

Date:   03/26/2024                                                         *M.A. Upah*
                                                                    Issuing officer's signature

City and state:   Washington, D.C.                   Moxila A. Upadhyaya, U.S. Magistrate Judge
                                                                    Printed name and title

---

### Return

This warrant was received on (date) 3-26-24, and the person was arrested on (date) 4-3-24
at (city and state) Cedar Hill, TX

Date: 4-3-24                                                    *[signature]*
                                                                Arresting officer's signature

                                                                Kevin Yabrini, SA
                                                                Printed name and title